IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Tisby, Rhonda | Case Number: 04 B 28157 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 10/14/08 | Filed: 7/29/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 3, 2008
Confirmed: November 17, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 87,400.00 |  |
| Secured: |  | 80,956.93 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,794.00 |
| Trustee Fee: |  | 4,649.07 |
| Other Funds: |  | 0.00 |
| Totals: | 87,400.00 | 87,400.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 1,794.00 | 1,794.00 |
| 2. | Nuvell Financial Services | Secured | 0.00 | 0.00 |
| 3. | American Home Mortgage Servicing | Secured | 56,759.35 | 54,290.14 |
| 4. | Nuvell Financial Services | Secured | 6,043.24 | 3,908.16 |
| 5. | American Home Mortgage Servicing | Secured | 33,585.50 | 22,758.63 |
| 6. | Northern Indiana Public Ser | Unsecured | 18.92 | 0.00 |
| 7. | Chicago Financial Enterprises | Unsecured | 835.20 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 92.11 | 0.00 |
| 9. | 157th & Dixie Currency Exchanges | Unsecured | 226.00 | 0.00 |
| 10. | Cingular Wireless | Unsecured | 128.52 | 0.00 |
| 11. | LS Ayers & Company | Unsecured | 172.48 | 0.00 |
| 12. | Nuvell Financial Services | Unsecured | 324.76 | 0.00 |
| 13. | Trustmark Recovery Services | Unsecured | 428.23 | 0.00 |
| 14. | Nuvell Financial Services | Unsecured | 0.00 | 0.00 |
| 15. | Chicago Financial Enterprises | Unsecured |  | No Claim Filed |
| 16. | Providian | Unsecured |  | No Claim Filed |
| 17. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 18. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 19. | University of Chicago Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 100,408.31 | $ 82,750.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 1,046.51 |
| 4% | 176.88 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Tisby, Rhonda

Printed: 10/14/08

Case Number: 04 B 28157
Judge: Squires, John H
Filed: 7/29/04

| | |
|---:|---:|
| 3% | 210.28 |
| 5.5% | 1,012.00 |
| 5% | 345.00 |
| 4.8% | 441.61 |
| 5.4% | 1,416.79 |
| | _____ |
| | $ 4,649.07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mach_____